In the Matter of Acquiring Title by the City of New York, Appellant, to Certain Lands, etc., on the Easterly Side of Pennsylvania Avenue, etc. Anna J. Doyle, Appellant; Sambern Amusement Company, Respondent. — Appeal dismissed, without costs. In view of the seeming conflict between Matter of City of New York, Hamilton Place (143 App. Div. 302; 202 N. Y. 607), and Matter of Simmons (203 N. Y. 241), an appeal will be allowed to the Court of Appeals from the order of dismissal, and an appropriate question certified to that court if the present appellants so elect. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.